IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

05/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

DA 23-0572

_____

SCARLET VAN GARDEREN, a minor by and
through her guardians, Jessica van Garderen and
Ewout van Garderen; JESSICA VAN
GARDEREN, an individual; EWOUT VAN
GARDEREN, an individual; PHOEBE CROSS, a
minor by and through his guardians Molly Cross
and Paul Cross; MOLLY CROSS, an individual;
PAUL CROSS, an individual; JANE DOE, an
individual; JOHN DOE, an individual; JUANITA
HODAX, on behalf of herself and her patients,
KATHERINE MISTRETTA, on behalf of herself
and her patients,

       Plaintiffs and Appellees,

    v.

STATE OF MONTANA; GREGORY
GIANFORTE, in his official capacity as Governor
of the State of Montana; AUSTIN  KNUDSEN, in
his official capacity as Attorney General;
MONTANA BOARD OF MEDICAL
EXAMINERS; MONTANA BOARD OF
NURSING; MONTANA DEPARTMENT OF
PUBLIC HEALTH AND HUMAN SERVICES;
CHARLIE  BRERETON, in his official capacity as
Director of the Montana  Department of Public
Health and Human Services,

       Defendants and Appellants.

_____

O R D E R

Appellees Scarlett van Garderen, et al., via counsel of record, move this Court to allow Pelecanos to appear pro hac vice before this Court in the above-entitled cause. Appellees include no attachments with their motion.

Admission pro hac vice is governed by Rule VI of the Rules for Admission to the Bar of Montana. Rule VI(D) provides that applications for pro hac vice appearance must be obtained from the Bar Admissions Administrator. The Rule further sets forth the information the applicant must provide. Rule VI(E) requires that the applicant file the completed application, along with the requisite fee, with the Bar Admissions Administrator. After the Bar Admissions Administrator reviews and certifies the application pursuant to Rule VI(F), the Bar Admissions Administrator shall then forward the application to the appropriate court or agency, which shall then enter an order granting or refusing the application, pursuant to Rule VI(G).

In this instance, this Court is the appropriate recipient of the Bar Admissions Administrator's certification. This Court has not received such certification that Pelecanos has applied for admission pro hac vice. Furthermore, local counsel cannot circumvent Rule VI via motion.

IT IS THEREFORE ORDERED that Appellee's motion to allow Pelecanos to appear pro hac vice in the above-entitled cause is DENIED.

The Clerk is directed to provide copies of this order to all counsel of record in this appeal, and to the State Bar of Montana.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2024